# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ELENA S. SWEET,<br><br>          Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant. | 2:16-cv-02617-JAD-VCF<br>**MINUTE ORDER** |

Before the Court is the Substitution of Attorney (ECF No. 8).

IT IS HEREBY ORDERED that a telephonic status hearing is scheduled for 1:00 PM, March 14, 2017. The parties are instructed to call telephone number: (888)273-3658, access code: 3912597, five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 6th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE